Form 8
FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DARALD G. BLY v. MCDONALD

No. 17-1287

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se   [✓] As counsel for: Darald G. Bly
                                 Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant   [ ] Respondent or appellee

My address and telephone are:
- Name: Brandon M. Selinsky
- Law firm: Rocky Mountain Disability Law Group
- Address: 1391 Speer Blvd., No. 705
- City, State and ZIP: Denver, CO 80204
- Telephone: (303) 534-1958
- Fax #: (303) 534-1949
- E-mail address: brandon@rmdlg.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 10/24/16

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[✓] Yes   [ ] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

12/13/2016                              s/Brandon M. Selinsky
Date                                    Signature of pro se or counsel

cc: Joshua E. Kurland

110

## **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this <u>14th</u> day of <u>December, 2016</u>, a copy of the foregoing Entry of Appearance was filed electronically.

This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____<u>s/Brandon M. Selinsky</u>_